United States District Court
District of Connecticut

Thielman

vs.

Armstrong et al.

Civil NO: 3:03-CV-00528(DJS)

Date October 9, 2003

FILED
2003 NOV -6 P 3:11
US DISTRICT COURT
BRIDGEPORT CT

Motion for U.S. Marshal to serve defendants with Complaint because Plaintiff is unable to afford the cost of serving the defendants by mail.

1. The plaintiff cannott afford the cost because he only recieves .75 cents per day from his prison job.

2. The plaintiff used the last of his funds to pay the $150.00 filing fee with the understanding that the paperwork would be served on the defendants also.

3. The plaintiff does not have enough money in his account to pay the cost of postage or the service of the U.S. Marshal.

4. The plaintiff no longer has any other source of income other than his prison job.

5. On 9/30/03 the plaintif recieved a response to his first motion for reconsideration as Denied as moot, and ordered to refile the proper motion.

6. The plaintiff again ask's the Court to plesse have the U.S. Marshal's office serve the defendants due to his lack of Income and Innability to pay the cost of such Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of ~~perj~~ perjury that the foregoing is true and correct.

*Randy*

Randy Thielman #185809
Enfield Corr. Inst.
P.O. Box 1500
Enfield, C.T.
        06083.

# UNITED STATES DISTRICT COURT

District of __Connecticut__  FILED

Connecticut

Randy Thielman

Plaintiff

2003 SEP 18 P 2: 24

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE  3:03CV 528 (DJS)(TPS)

The filing fee having been paid, the plaintiff's Application to Proceed In Forma Pauperis [doc. #7] is DENIED as moot. If the plaintiff seeks to have the U.S. Marshal serve the complaint on the defendants because he is unable to afford the cost of serving the defendants by mail, he must file a motion to that effect. The court notifies the plaintiff that pursuant to Rule 4(d), Fed. R. Civ. P., a defendant may be served in his or her individual capacity by mailing a copy of the complaint and Notice of Lawsuit and Waiver of Service of Summons forms to that defendant.
SO ORDERED.

Holly B. Fitzsimmons
United States Magistrate Judge

_____ declare that I am the (check appropriate box)

other

support of my request to proceed without prepayment of fees
unable to pay the costs of these proceedings and that I am
aint/petition/motion.

e following questions under penalty of perjury:

☑ Yes    ☐ No    (If "No," go to Part 2)

Enfield Correctional Institution

10  Do you receive any payment from the ____ NO

tion(s) of your incarceration showing at least the past **six**

☐ Yes    ☑ No

mount of your take-home salary or wages and pay period and
our employer.

late of your last employment, the amount of your take-home
and the name and address of your last employer.

Cents Per day

ou received any money from any of the following sources?

lf-         ☐ Yes    ☑ No
ends       ☐ Yes    ☑ No
ance       ☐ Yes    ☑ No
ion payments ☐ Yes  ☑ No
           ☑ Yes    ☐ No
           ☐ Yes    ☑ No

Yes," describe, on the following page, each source of money
hat you expect you will continue to receive.

amily. $400.00 for T.V. and Clothes, Sneakers, Hygien.