UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -7 A 10: 41

U.S. DISTRICT COURT

RANDY THIELMAN

v.                          CASE NO.   PRISONER
                                       3:03CV528(DJS)(TPS)

J. ARMSTRONG, ET AL.

RULING AND ORDER

Plaintiff has paid the filing fee in this action and sues the defendants in their individual capacities only. On September 30, 2003, the Court denied the plaintiff's application to proceed in forma pauperis and directed the plaintiff to serve the complaint on the defendants. The Court informed the plaintiff that if he was unable to afford the cost of serving the defendants via mail using Notice of Lawsuit and Waiver of Service of Summons forms, he should notify the Court. The plaintiff has now filed a motion for reconsideration of the Court's September 30, 2003 endorsement ruling and a motion asking the United States Marshal to serve the complaint on the defendants.

The plaintiff claims that he cannot afford to serve the defendants with a copy of the complaint. He states that he has a prison job and receives 75 cents per day, but does not attach a prison account statement to either of his motions. In addition, the plaintiff does not indicate that he has determined the costs involved in serving the defendants via United States Mail or whether he might be able to mail the complaint to the each

defendant via Department of Correction interdepartmental mail. He simply assumes that he cannot afford to serve the defendants. As the Court previously informed the plaintiff, under Rule 4(d), Fed. R. Civ. P., a plaintiff may serve an individual defendant by mailing him or her Notice of Lawsuit and Waiver of Service of Summons forms and a copy of the complaint.

The Court concludes that the plaintiff has not demonstrated that he is unable to pay the cost of serving the defendants by mail. Accordingly, the plaintiff's Motion for Reconsideration [doc. # 8] and Motion for United States Marshal to Serve Defendants [doc. # 9] are **DENIED** without prejudice.

The Clerk is directed to return to the plaintiff Notice of Lawsuit and Waiver of Service of Summons forms and copies of the complaint for each defendant. The plaintiff is directed to serve the complaint on each defendant in his or her individual capacity pursuant to Rule 4, Fed. R. Civ. P. within thirty days of the date of this order, and to file returns of service with the court after service has been effected.

SO ORDERED.

Entered in Hartford, Connecticut, this 7th of April, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge