UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDY THIELMAN | : | PRISONER<br>CIVIL NO. 3:03CV528 (DJS)(TPS) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 22, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in their individual capacities only, in the above-captioned case.

Dated at Hartford, Connecticut, this 22nd day of June, 2004.

                                    DEFENDANTS
                                    John Armstrong, Et Al.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

                              BY:__/s/_____
                                  Robert B. Fiske, III
                                  Assistant Attorney General
                                  110 Sherman Street
                                  Hartford, CT  06105
                                  Tel.:  (860) 808-5450
                                  Fax:  (860) 808-5591
                                  E-Mail:  robert.fiske@po.state.ct.us
                                  Federal Bar #ct17831

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of June 2004:

    Randy Thielman, Inmate #185809
    Enfield Correctional Institution
    289 Shaker Road
    P.O. Box 1500
    Enfield, CT 06082

                                              __/s/_____
                                              Robert B. Fiske, III
                                              Assistant Attorney General