United States District Court
District of Connecticut.

SEP 2 8 2004

Randy Thielman    # 185809.

2004 OCT 27 P 5:13
U.S. DISTRICT COURT
BRIDGEPORT, C__

vs.                    Civil No. 3:03CV528 (DJS)(TPS)

Armstrong et al.    Date. Sept. 1 2004

Plaintiffs Motion to Compell Discovery and Request for Admissions.

1. The Plaintiff moves Pursuant to Rules 34(b) and 37(a), Fed.R.Civ.P., for an Order Compelling the defendants to produce for Inspection and Copying the documents requested on June 28, 2004.

2. I am the plaintiff in this case, and I make this affidavit in support of my Motion to Compell discovery.

3. On June 28, 2004 I served the defendant with a request for Addmissions and another request for Production of Documents, See attached Requests as Exhibit 1.

4. On Aug, 28, 2004, I wrote to the defendants Counsel and explained that they have not responded and in fact are almost 2 months late and requesting that they respond Immediatley.

5. The defendants never did respond to my letter.

6. The defendants have not only failed to respond to the aforementioned requests but have also failed to give a response to the plaintiffs claim as well.

7. The Plaintiff says that he has tried to be reasonable with the defendants counsel and has not been treated likewise and due to there blatant failure to accomidate the plaintiff in any way I respectfully request that this court grant this motion in all aspects.

Pursuant to the Fed. Civ. R. of Procedure I declare that this Motion's statement are true and correct. Oct. 10, 2004

Randy [signature]

Copy Sent To:

Randy Thielman #185809
Enfield Corr. Inst
P.O. Box 1500
Enfield, C.T.
06083

Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, C.T.
06105.

Randy [signature]
Randy Thielman #185809
Enfield Corr. Inst
Enfield, C.T.
06083

Mr. Fiske

Aug, 28-04

    I am writing to you in regards to requests for Production of Documents and Addmissions, I sent you these on June 28, 04.

    I would like to know why you have not responded to these requests? I would also like to take this letter to ask that you don't try to delay all of my requests from here on out because I will take the matter to the ~~Judge~~ R.T. Judge.

    I am currently in the process of employing the services of an Attorney to help me bring in the Contractors Involved in the Construction of the Roof at the MacDougal Prison, due to source's that say the roof has been leaking since shortly after the prison opened.

    I have writen up a motion to Compell Concerning the above stated requests as well as several other Motion's, I would rather be able to Compromise without the court Interviening, please do respond so that I don't have to file my motion's to have the court order you to do so.

*Randy* (signature)

CC: Personal File.

Randy Thielman #185809
Enfield, CI
P.O. Box 1500
Enfield, C.T.
06083

United States District Court
District of Connecticut

Randy Thielman

VS                                        Civil NO: 3:03CV528 (DJS)(TPS)

Armstrong et al                           Date: June 28, 2004

## Plaintiff's Request for Admissions

Pursuant to Rule 36, Fed. R. Civ. P., Plaintiff requests the defendants to make the following admissions within 30 days after the service of this request.

1. Admit that on April 30 2002 the plaintiff was incarcerated at the MacDougal Correctional Inst.

2. Admit that according to Captain Quiros unit Managers Monthly report on Outstanding Maintenance Issues (Plaintiff Exhibit #14 Pages 1-9) show that the J-2 unit roof was leaking for more than a year.

3. Admit that the above stated reports shows that Maintenance was notified of the J-2 unit roof leaking water on several occaisions.

4. Admit that on April 30 2002 the Plaintiff slipped and fell down the stairs in the J-2 Unit at the MacDougal Correctional Inst

5. Admit that the plaintiff's fall was due to the water that leaked on the stairs in the J-2 unit from the roof.

6. Admit that there should have been precautionary measures in place to ensure the safety of inmates and staff with regards to water leaking onto the stairs in the J-2 unit whenever it rained or snowed.

7. Admit that according to Officer David Gallo's Incident report (Exhibit #15 Pages 1-7) the officer went to check the stairs after the Plaintiff's fall and noticed they were wet due to the leaky roof.

8. Admit that officer David Gallo did not rope off the stairs and stop there use untill after the plaintiff had already fallen and gotten hurt according to this officers Incident report. (Exhibit #15 Pages 1-7)

9. Admit that Captain Quiros Incident report Dated 5-5-02 states that he reviewed the J-2 unit videotape and on the video at approximately 19:29:20 he sees the plaintiff slipp and fall down the stairs.

10. Admit that Captain Quiros ruled out any foul play in the plaintiffs fall.

11. Admit that the J-2 unit roof was leaking water since the opening of the MacDougal Correctional Inst, according to

Continued→

Continued

(11. Cont.) to documents from the Dept of Corrections Engineer.

12. Admit that the Warden Brian Murphy failed to have the J-2 unit roof fixed ensuring that the unit was safe from the leaky roof and incomming water.

13. Admit that if the Unit Manager and Warden Instructed the J-2 unit officers on the unsafe conditions of the roof on rainy and snowy days that the plaintiff would have not fallen down the stair because there would have been Caution signs and roped off.

14. Admit that the Commissioner at the time of Incident John Armstrong was aware of the Conditions of the MacDougal Correctional ~~Facilitie~~ RT's Institutions Roof and the possible dangers to Inmates and staff.

15. Admit that John Armstrong failed to have the roof repaired and allowed the rainwater and snowwater to continue to leak into the J-2 unit at the MacDougal Correctional Inst.

## Certification

This is to certify that a copy of the foregoing requests for Admissions was mailed to the defendants on June 28, 2004 and to the United States District Court.

Randy T.

Randy Thielman    #185809
P.O. Box 1500
Enfield, CT 06082

United States District Court
District of Connecticut

Randy Thielman

VS                                    Civil No: 3:03CV528 (DJS)(TPS)

Armstrong et al              Date June, 28 2004

## Plaintiffs Request for Production of Documents

Pursuant to Rule 34, Fed. R Civ P., the plaintiff requests that the defendants produce the documents listed hesin within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for Inspection and Copying.

1. Any and all work orders unit Inspection reports, maintenence reports concerning any and all leaks in the MacDougal Correctional Inst. roof, particullarly the J-2 unit roof.

2. Any and all requests for repairs, engineer reports concerning costs for repairs for the MacDougal Correctional Inst. roof Mainly the J-2 unit Roof.

3. Any and all Information concerning the maintenence of the MacDougal Correctional Inst. Roof.

— Continued Pg 2

Continued from Pg. 1

3. Any and all policies, Directives or Instructions to Staff or Institution Administrators at the MacDougal Correctional Inst. Concerning unsafe Conditions.

4. Any and all unit manager reports concerning the leaky roof to the Warden, Commissioner, Engineer Departments or any other possible personel, Mainly the J-2 unit Roof.

5. Any and all Maintanence requests concerning the leaky Roof of the MacDougal Correctional Inst to all Companies Involved in the Construction or maintanence of said roof.

6. Any and all Contracts between the State of Connecticut and any Company Involved in the Construction of the MacDougal Correctional Inst. Companies only involved in the Construction of the Roof.

7. Any and all Warrentees, gaurentees or other Contractual promisses made by the Dept of Corrections, State of Connecticut or said Companies to maintain, repair, or service the ~~RT~~ MacDougal Correctional Inst Roof.

Date: June 28, 2004

Randy Thielman #185809
289 Shaker Rd. P.O. Box 1500
Enfield, C.T. 06082