UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RANDY THEILMAN                    :        CIVIL NO.  3:03CV528(DJS)(TPS)
                                  :
        v.                        :
                                  :
JOHN ARMSTRONG, ET AL             :        OCTOBER 26, 2004

**THE DEFENDANTS OBJECTION TO THE**
**PLAINTIFF'S MOTION TO COMPEL**

The defendants respectfully object to the plaintiff's Motion to Compel Discovery, dated

September 1, 2004.  While the defendants admit that they have not to date responded to the

plaintiff's requests for discovery, their delay was not deliberate, but rather the practical result of

the need for time to obtain the very documents and information the plaintiff requested.  The

defendants did not file a motion for an extension of time to file the responses, which was an

oversight, but nevertheless, the plaintiff has not suffered any prejudice as a result of the delay,

because he is already in possession of many of the documents and information he seeks, as

evidenced by the exhibits attached to his Complaint.

Notwithstanding the above however, the defendants have filed with this opposition,

answers to the plaintiff request for admissions and provided documents in response to his request

for production.  Therefore, for the foregoing reasons, the plaintiff's Motion to Compel is moot.

Consequently, it should be dismissed in its entirety.

THE DEFENDANTS
JOHN ARMSTRONG, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    ___/s/_____
           Robert B. Fiske, III
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Federal Bar #ct 17831
           E-Mail:  Robert.Fiske@po.state.ct.us
           Tel: (860) 808-5450
           Fax: (860) 808-5591


## <u>CERTIFICATION</u>

       I hereby certify that a copy of the foregoing was mailed to the following on this, the 26th day of October, 2004:

Inmate Randy Theilman, #185809
Enfield Correctional Instituion
P.O. Box 1500
Enfield, CT 06083


           ___/s/_____
            Robert B. Fiske, III
            Assistant Attorney General