### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDY THEILMAN | : | PRISONER |
| *Plaintiff* | : | 3:03CV528(DJS)(TPS) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL | : | APRIL 22, 2005 |
| *Defendants* | | |

### MOTION FOR AN EXTENSION OF TIME

The defendants, John Armstrong, Brian Murphy, David Gallo, and A. Quiros, all employees of the Connecticut Department of Correction at the time of the alleged incidents, respectfully move for an extension of time to May 16, 2005, to file a Motion for Summary Judgment, for the foregoing reasons:

1. On or about May 25, 2004, the plaintiff filed his complaint. An appearance on behalf of the defendants was filed shortly thereafter.

2. On or about February 25, 2005, the defendants filed an answer and affirmative defenses, in response to the plaintiff's complaint.

3. Upon information and belief, the deadline for filing a summary judgment motion was March 3, 2005.

4. In February 2005, the plaintiff initiated settlement discussions with the undersigned, but despite mutual good faith efforts over several weeks, the parties were unable to reach an agreeable amount.

5. Consequently, the time limit in which to file a motion for summary judgment expired without such a motion being filed by either party.

6.

6. However, the defendants have a good faith belief that this case can be resolved on summary judgment, thus avoiding the need for a trial. There are no genuine issues of material fact in dispute and therefore the issues may be decided as a matter of law.

7. The requested three week extension of time is purposefully brief to minimize any further delay in this matter. The motion is already partially drafted, but because the undersigned will be engaged in trial before the Honorable Warren Eginton the week of May 3, 2005, more time than would otherwise would be necessary, will be required.

8. The plaintiff's position on this motion has not been obtained.

WHEREFORE, the above-named defendants respectfully request that their motion for an extension of time, until May 16, 2005 to file a Motion for Summary Judgment, be granted.

                                        DEFENDANTS
                                        JOHN ARMSTRONG, ET AL

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY:     /s/
          Robert B. Fiske, III
          Assistant Attorney General
          Fed. Bar No. ct17831
          Office of the Attorney General
          110 Sherman Street
          Hartford, CT  06105
          Tel:  (860) 808-5450
          E-MAIL: Robert.Fiske@po.state.ct.us

## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 22nd day of April, 2005, to:

Mr. Randy Theilman
303 Mohegan Park Road
Lot # 34
Norwich, CT 06360

                                        /s/
                                        Robert B. Fiske, III
                                        Assistant Attorney General