UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDY THEILMAN | : | CIVIL NO. 3:03CV528(DJS)(TPS) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, BRIAN MURPHY, | : | |
| DAVID GALLO, AND A. QUIROS | : | |
| *Defendants* | : | MAY 13, 2005 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal and Local Rules of Civil Procedure, John Armstrong, Brian Murphy, David Gallo, and A. Quiros, (the "defendants"), respectfully move for summary judgment on all of the claims in the plaintiffs Complaint.

Specifically, the defendants are entitled to summary judgment for the following reasons:

I.   The Defendants Were Not Deliberately Indifferent To The Plaintiff's Safety or Medical Needs,

II.  The Defendants Were Not Personally Involved In Any Of The Incidents Which Gave Rise To The Plaintiff's Complaint,

III. The Plaintiff's Negligence Claims Are Barred By C.G.S. § 4-165,

IV.  In Any Event, Even If The Defendants Did violate The Plaintiff's Constitutional Rights, They Are Nonetheless Entitled To Qualified Immunity.

The legal grounds for summary judgment are detailed in the accompanying Memorandum of Law. In support of this motion, the defendants submit the following:

1. A local of Rule 56 Statement of Undisputed Facts;
2. Plaintiffs Complaint. Exhibit A.
3. Department of Correction Inmate Transfer Record. Exhibit B.

4.  Department Of Correction Incident Report No. 02-0505, By Captain A. Quiros. Exhibit C.

5.  Correctional Officer Gallo's Incident Report dated April 30, 1999.  Exhibit D.

6.  Affidavit of Inmate Douglas Johnson, dated May 2, 1999.  Exhibit E.

7.  Affidavit of Inmate Marco A. Morales, dated May 2, 1999.  Exhibit F.

8.  Affidavit of Inmate Charles Tyson, dated May 2, 1999.  Exhibit G.

9.  Affidavit of Inmate Robert Brayall, dated May 2, 1999.  Exhibit H.

10. Affidavit of Inmate Scott Riley, dated May 2, 1999.  Exhibit I.

11. Unit Manager's Monthly Report for the months of September, October, December 2001, January, February, March, April, June and July, 2002.  Exhibit J.

12. Medical Incident Report, dated April 30, 2002.  Exhibit K.

13. Incident Report by Lt. Reardon, dated April 30, 2002.  Exhibit L

14. Inmate Grievance, dated April 30, 2002.  Exhibit M.

15. Inmate Request Form, dated May 9, 2002 with response dated May 13, 2002. Exhibit N.

16. Inmate Grievance Form A, Level 1, dated June 20, 2002.  Exhibit O.

17. Memo to all staff advising them of medical restrictions for the plaintiff, dated August 28, 2002.  Exhibit P

18. Inmate Grievance filed by the plaintiff, dated September 30, 2002.  Exhibit Q.

19. Inmate Grievance filed by the plaintiff, also dated September 30, 2002.  Exhibit R.

20. Inmate Request Form, dated October 2, 2002.  Exhibit S.

21. Inmate Grievance Level 2, dated November 12, 2002.  Exhibit T.

22. State of Connecticut Department of correction Facilities Management & Engineering Memorandum, dated September 25, 2002.  Exhibit U.

23. Memorandum of Law in support of the defendants Motion for Summary Judgment.

WHEREFORE, the defendants respectfully move this Court to grant their Motion for Summary Judgment on all of the plaintiff's claims.

                DEFENDANTS
                ARMSTRONG, MURPHY,
                DAVID GALLO AND A. QUIROS

                ATTORNEY GENERAL
                RICHARD BLUMENTHAL


             __/s/_____
           By: Robert. B. Fiske, III
              Assistant Attorney General
              110 Sherman Street
              Hartford, CT 06105
              Tel; (860) 808-5450
              Fax: (860) 808-5491
              Fed. No: ct 17831
              e-mail: robert.fiske@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy was mailed this, the 13th day of May, 2005, to:

Mr. Randy Theilman
303 Mohegan Park Road
Lot # 34
Norwich, CT 06360

              __/s/_____
              Robert B. Fiske, III
              Assistant Attorney General