UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDY THEILMAN | ) | CIVIL NO. 3:03CV528(DJS)(TPS) |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ARMSTRONG, BRIAN MURPHY, | ) | |
| DAVID GALLO, AND A. QUIROS | ) | |
| *Defendants* | ) | MAY 16, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, John Armstrong, et.al., have manually filed the following documents:

Exhibits A – U.

These document has not been filed electronically because:

[ X ]   the electronic file size of the documents exceeds 1.5 megabytes

[    ]   the document or thing cannot be converted to an electronic format

The document or thing has been manually served on all parties.

DEFENDANTS
John Armstrong, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   ___/s/_____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct17831
E-Mail: robert.fiske@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day

of May, 2005:

     Randy Theilman
     303 Mohegan Road
     Lot #34
     Norwich, CT 06360


                                  /s/
                                 Robert B. Fiske, III
                                 Assistant Attorney General