UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RANDY THIELMAN

    v.                             Case No. 3:03cv528(DJS)(TPS)

JOHN ARMSTRONG, ET AL.

**RULING AND ORDER**

The plaintiff seeks to compel the defendants to respond to his June 28, 2004 Request for Production of Documents and Requests for Admission. Counsel for the defendants has filed a response to plaintiff's motion indicating that the defendants have complied with plaintiff's discovery requests. The Motion to Compel **[doc. # 15]** is **DENIED** as moot.

SO ORDERED this 2nd day of June, 2005, at Hartford, Connecticut.

/s/ Thomas P. Smith
THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE