UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


RANDY THIELMAN
                                    :
                                    :              PRISONER
        v.                          :     CASE NO. 3:03cv528 (DJS)(TPS)
                                    :
JOHN ARMSTRONG                      :
                                    :


ORDER

The plaintiff filed this civil rights action on March 24, 2003. At that time, he was incarcerated at the Enfield Correctional Institution in Enfield, Connecticut. On August 23, 2003, the Clerk of the Court issued a notice to the plaintiff informing him that he must notify the court if he changed his address at any time during the pendency of this action.

On May 17, 2005, the defendants filed a motion for summary judgment. On May 23, 2005, the Clerk issued an order of notice to *pro se* litigant directing the plaintiff to respond to the motion for summary judgment. The notice was returned to the court with an notation that the plaintiff had been released on parole.

Pursuant to Rule 2(c)(2) of the Local Civil Rules of the United States District Court for the District of Connecticut, a party must provide the Court with a written notice indicating an address within Connecticut where he or she can be served with motions, pleadings and other court documents filed in the case.

The plaintiff has failed to file a written notice of an address in Connecticut where he may be served with court documents since his discharge on parole.  In addition, the plaintiff has failed to take any action to prosecute this case in over seven months.

The court notes that counsel for the defendants mailed the motion for summary judgment to the plaintiff at an address in Norwich, Connecticut.  Because the plaintiff proceeds *pro se* in this matter, the Court directs the Clerk to mail a copy of this order and the order of notice to *pro se* litigant [doc. # 20] to the plaintiff at 303 Mohegan Park Road, Lot # 34, Norwich, Connecticut 06360.  The plaintiff is ordered to respond to this order by filing a written notice of his current address and a memorandum in opposition to the defendants' motion for summary judgment.  Both the memorandum and the notice shall be filed within **twenty days** of the date of this order.  Failure to comply with this order may result in dismissal of this case for failure to prosecute under Fed. R. Civ. P. 41(b).

SO ORDERED this 23rd day of June, 2005 at Hartford, Connecticut.


/s/ Thomas P. Smith
                    Thomas P. Smith
            United States Magistrate Judge