UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RANDY THIELMAN
                                            PRISONER
      v                            CIVIL NO. 3:03CV528 (DJS)

BRIAN MURPHY
DAVID GALLO
JOHN J. ARMSTRONG
A. QUIROS

## J U D G M E N T

      The cause came on for consideration on defendants' motion for summary judgment before the Honorable Dominic J. Squatrito, United States District Judge.

      On June 23, 2005, the Court issued an order directing the plaintiff to file a notice of his current address and to respond to the defendants' motion for summary judgment within twenty days of the order and informed the plaintiff that his failure to filed a change of address notice would result in dismissal of this case for failure to prosecute.  On October 24, 2005, the Court issued an Order dismissing this case without prejudice for failure for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P. and denying the motion for summary judgment as moot.

      Therefore, the action is dismissed without prejudice as to all defendants pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the case is closed.

      Dated at Bridgeport, Connecticut this 27th  day of October, 2005.

                                                KEVIN F. ROWE, Clerk

                                                By /s/ Cynthia Earle
                                                    Cynthia Earle
                                                    Deputy Clerk

Entered on Docket _____